IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

SANTIAGO ODIO ALVAREZ, )
)
)
Petitioner, )
)
vs )  CIVIL ACTION NO. 00-J-1306-M
)
IMMIGRATION AND )
NATURALIZATION SERVICE, )
)
Respondent. )

### MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this ____8____ day of January, 2001.

INGE P. JOHNSON,
UNITED STATES DISTRICT JUDGE

---

[1] On December 7, 2000, a copy of the report and recommendation was mailed to the petitioner at the address last given to the Court by the petitioner. The copy of the report and recommendation was returned marked "No Longer Here." The court has had no communication from the petitioner since the filing of this petition.